[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**

FEB 24 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Frank H. McGhee
Ashley Lombardo,

Plaintiff(s),

vs.

Little Company of Mary Hospital,
Illinois Department of Children
& Family Services,
Circuit Court of Cook County

Defendant(s).

17-cv-01435
Judge Milton I. Shadur
Magistrate Judge M. David Weisman

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Frank H. McGhee & Ashley Lombardo.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:17-cv-01435 Document #: 1 Filed: 02/24/17 Page 2 of 12 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **Little Company of Mary Hospital, ILLINOIS, DEPARTMENT of Children & Family Services**
   (name, badge number if known)

   ☐ an officer or official employed by **Cook County Juvenile Court Houes**
   (department or agency of government) or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **July 31**, at approximately **9:30** ☑ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of **Little Company of Mary Hospital**, in the County of **Cook County**, State of Illinois, at **Evergreen Park**,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other:

   _____

   _____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:17-cv-01435 Document #: 1 Filed: 02/24/17 Page 3 of 12 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

<u>Little Company of Mary Hospital and Cook County Juvenile</u>

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**): <u>This case is concerning Kidnapping of my son Frank H. Lombardo Premeditated to do so from the Hospital to the Juvenile court room becaues my son was Injured by Zofran.</u>

8. Plaintiff was charged with one or more crimes, specifically:

   _____
   _____
   _____
   _____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____
   _____.

   ☑ Other: <u>This is a Discrimination Law Suit</u>.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

My son Frank H. Lombardo was born on July 31 2015 in Little Mary of Company Hospital. The mother Ashley Lombardo was given Zofran Medicine from five different Hospitals in her first trimester which caused my son to have a Heart defect.

My son was a Target to be taken from His Parents from the beginnig.

The day he was born within Just a few Hours they found His Heart was not Normal. And set up a defense to get our son away from us.

My Brother and I Edward Johnson went to get some coffee for the Third time after they had Just moved my son to the third Floor for is Heat Condition

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

_____
_____
_____
_____

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

Keep in mind you need to be buzzed in from the Lady at the desk, to get in this room on the second floor to get coffee. A Lady came barging in the room saying How did we get in Here and we are not allowed to be in Here.

We told Her my son was Just Born and they took Him upstairs to the third floor we Just came down here for a cup of coffee the Lady at the desk buzzed us in. She Stormed out the room, and sent two officers in the room on us.

These officers said the Lady said She told us we cant come in this room and we came in there anyways. We told them the Lady buzzed us in Here to get some coffee and this was our Third time in Here. The Officers kind of Laugh at the Situation and escortred us back to the up stairs room where my son was. And They Stayed in the room where there was more Officers there in the room.

We Start asking why are these Officers in the room with us? They would Not answers us. Then a Head Lady Staff came "Lisa" in and said She needs to talk to the Mother alone. Ashley said any thing you have to say you can say it in front of us all Frank is the Father, and thats the Fathers Brother.

We continued to ask why are these Officers in the room with us? The Head Staff Lady Namd Lisa said I feel you are being disrupted to the Hospital I want you two to Leave Now.

The Officers then asked my Brother and I to Leave the Hospital. As we was walking down the hallway one of the Officers said your the Father, I said yes. He then said I don't Know whats going on Here But this aint right. He wrote a Number down and told me to ask for Head Secuirty MR Reeds.

I called "MR. Reeds" he show me concern and gave me His deepest apolgy. Finally another Head staff named Mary told me I can come back and visit my son and she apologized for what Had happen against me and told me your Brother can't come in the Hospital only you can come back. I told Her my Brother didn't do anything Neither.

My Brother told me its okay Frank Just go see your son. As I was going Back to see my son after Days away From Him the officers was trying to escort me Back and Forward to see my son. Then Mary again apologized for that as well then told me my Brother can come see my son too.

Now the whole time Ashley was calling me to come sign the Birth certifcate, they would not Let me sign my sons Birth cetifcate. They brought up a issue agianst the Mother where DCFS could take my son From Her which has Nothing to do with me as the Father. Cause me and the Mother are Not together as a couple.

The thursday before the Monday DCFS was coming to take my son. I ask to talk to mary and the Lady that Had called DCFS. as I was Holding my son I told these Ladies Im taking my son Home on His Medical relief Sunday. You all have been refusing me to sign my sons Birth certifcate and why? I want to sign my sons Birth certifcate Now and Im taking my son Home Sunday!

They went in the corner of the room and was talking to each other then came and told me no we are not going to let you sign the Birth certifcate and you can't take Him Home on His medical relief Sunday, DCFS Is coming to get Him monday you can talk to them then. They said also you are with the Mother and she can't have the Baby.

I then said Im not with the Mother Now what you Have to come with? They went Back in the corner and talked then came Back to me and said well we are not going to let you sign His Birth certifcate and you can take all this up with DCFS next week. I said okay This Hospital is in a world of trouble. you all Just violated my rights.

They would not let me in the Hospital The day DCFS took my son from me Bogus.

Now Ashley first court Date for our son, Her court Date not my court date. I was there to support Her, a DCFS Lady that I never talk too tried to give me some papers saying you and Ashley court Date is too day. I told Her I don't have a court date Im Here to support the mother. When I come to court For my son Im coming with a payed Lawyer for custody of my son.

Ashley told them in court that I was the Father I told Ashley Im comen Back to court with a Lawyer, their only mission is to take our son from us Because He's a Zofran BaBy. I have no chance Here without a real Lawyer Backing me.

I got a Lawyer to represent me this Lawyer seem to be working against me in the Door He tryed to get me to sign all my rights of my son to the state? this Lawyers Name is Phillip J. Oliver He tried to get me to sign this paper without telling me what it was. When I asked Him what this paper was He Hesitated then told me. we Had a few words, Than after He Knew I was on to Him He put up a Half way decent argument on my Behalf in the court room.

He point Blank ask in court what reason are you Not allowing my client to have His son, The Judge She Said we don't Like His attitude. Then She went on saying you in and out the court room you are the Father you Not the Father and For this reason Im ordering a DNA Test Be done. I told the Judge In and out the court room I am the Father Im Not the Father? the only few times I've Been in this court room was to get custdy of my son. and The DCFS Lady was Lying in the court Room Like She talk to me over the Phone, I said and for the court records I've Never talked to this DCFS Lady She talked to my Brother over the Phone Not me.

The Head Lawyer of Oliver office told me The State did Not Submit the court records of what all was said in that court room that Day. and the reason is for what I said in court of what Im saying Here.

The whole DNA test was only brought up to rule me out as the father so the state could have full custody of my son.

I did not have to take a DNA test because Ashley and myself know I'm the father and stated this from the hospital to the court room. I only agreed to take this DNA test because I am the father beyound a reasonable doubt! Two times this DNA was rigged to make it look like I was not the father. When keep in mind no DNA was never needed!

This is why they wouldn't let me sign the birth certifcate in the hospital because they would have had to release my son to me eventually!

I did get my name on my sons birth certifcate through Springfield, and that matter nothing to this judge because she was bias, and 100% with this conspiracy to take my son from me. For the fact he is a Zofran Injury Baby. Precious time stolen from my son, and I will never together be given back.

Relief Requested: Im asking this federal court order that my son Frank H. Lombardo be released from DCFS custody and be given back to me his father. An amount in excess of $75,000.00 exclusive of costs.

I Ashley Lombardo, Mother of Frank H. Lombardo is Joining the father Frank H. McGhee in this federal Law suit because my rights as a Mother was violated in the Hospital of Little Company of Mary. By the Hospital Staff and DCFS Lady Staff Named Carolyn Armstrong.

The same day of my sons birth July 31 2015 Hospital Staff was trying to create a issue against the Parents to take our son from us becuase our son is a Zofran Baby Born with a Pulmonary Heart disorder caused directly from Zofran.

After they Bogus removed the father from the Hospital They was focused on me to deceive me in to signing my rights as a Parent over to DCFS Custody. I knew they was up to something and I knew they was try to take my Baby.

I just kept crying why are you all doing this. What have I done for you all to call DCFS? And I was crying why did you all kick the father out the Hospital?

DCFS Lady Armstrong came in threatening me If I dont sign this papers she was going to take my Baby. I told Her Im not signing nothing as I was holding my son crying. She saw she wasn't getting no where threatening me, so she asured me this Paper I was signing was only acknowleding that She and I had talked. I Hesitated and she kept asuring me this Paper was only acknowleding that we talked. After I signed the paper Armstrong and Hospital Staff was

telling me stop crying No one is going to take your Baby. you and your Baby will be going Home when we are through treating your Baby. And every staff in this room knew I had Just signed this Paper Armstrong lied to me about.

I didn't Learn that Paper was signing my rights of my son over to DCFS untill Later in court appearances. My rights as a mother has Been extremely violate as well as the father. And My Request Relief in this Federal Law suit is the same request of the father's request, IN this same Federal Law suit.

Relief Request: Requesting that my son that was stolen from his Parents be given Back ASAP! To his Parents, his Biological Parents Here. An Amount in excess of $75,000.00 exclusive of costs.

# Affidavit

I _ashley lombardo_ have stated from the Hospital to the court room on records that Frank H. McGhee is the father of my son Frank H. Lombardo. I will testify to this in any court of law if necessary. He is the biological father. And Frank McGhee is on my sons Birth certificate as the father.

X. Ashley Lombardo
01-10-2017

Official Seal
Joan Emerson
Notary Public State of Illinois
My Commission Expires 06/08/2019