IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FRANK H. McGHEE** and **ASHLEY LOMBARDO**, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**LITTLE COMPANY OF MARY HOSPITAL**, et al., )<br>)<br>Defendants. ) | Case No. 17 C 1435 |

## MEMORANDUM ORDER

This Court's February 27, 2017 memorandum order ("Order") announced the sua sponte dismissal of this action brought by Frank McGhee ("McGhee") and Ashley Lombardo because of a lack of federal subject matter jurisdiction over their claims. Whether prompted by a continued lack of understanding of the fundamental reason for that dismissal or, perhaps, by his regret over having paid a $400 filing fee for his mistaken effort, McGhee has filed a motion for extension of time (Dkt. No. 7) because, as stated in that motion:

> 2. We need time to find representation from an attorney that will refile this civil complaint.
>
> 3. We fully understand we do not have the knowledge and lawyer's skills its [sic] going to take to file this ingest [sic] against us. May 30-days be granted to find representation.

But the same absence of subject matter jurisdiction that prompted issuance of the Order bars consideration of McGhee's current Dkt. No. 7 motion, which is therefore denied out of hand. Indeed, lest McGhee consider the expenditure of further funds to challenge the original dismissal

of this action, he should understand that that 30 day timetable allowed for such an appeal has already run out.

                                                                                _____
                                                                                Milton I. Shadur
                                                                               Senior United States District Judge

Date: April 5, 2017