M

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
10.31.2017 PK
OCT 31 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff Frank McGHEE

v.

Defendant Little Company of Mary Hospital et al

Case Number: 17CV-01435

Judge: M. Shadur

Magistrate Judge:

17cv 1435

## Motion of Late Notice of Appeal For reconsideration

I Frank McGHEE Pro se filing this motion asking the Appeal courts to allow this motion Be Granted for the reasons Below

1. I asking this appeal court to allow this motio be granted To have my DNA Pro File Be released from the State Police Files.

2. my DNA on record at the State Police Files will Be matched up to my sons DNA that will indeed show Im the Biological Father.

Frank McGhee Oct/31/17