UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois

**FILED**
DEC 08 2017 JH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Frank McGhee
Ashely Lombardo
v.
Little Company of Mary Hospital, et al.

Case No: 17 CV 01435
Honorable Gary Feinerman

## motion to reconsider for 14th Amendment

Now comes Frank McGhee and Ashely Lombardo Pro-se asking this Honorable Judge to Grant this motion on this whole case Being review and Put under investigation for our 14th Amendment Rights has been Violated.

1. my wife and child 14th Amendment in this case 17 cv 01435 myself and whole family in this case 14th Amendment from the Hospital to the Court Room Rights has been Violated.

2. We did Not attached any Law Supporting our case the time we Filed this Law suit, But this case is much to serious to Be Dismissed and over Looked By Federal court Judges.

3. This 14th Amendment due rite to Process in our case has Been Extremely violated. And we our asking this Judge to order a meticulous, careful, complete investigation. That This Federal court have Jurisdiction to do so under our 14th Amendment Rights.
( We Talking Kidnapping )

Frank McGhee
Ashely Lombardo 12/8/2017