UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Frank H. McGhee, et al.
                              Plaintiff,

v.                                           Case No.: 1:17−cv−01435
                                                        Honorable Gary Feinerman

Little Company of Mary Hospital, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2017:

      MINUTE entry before the Honorable Gary Feinerman:The Clerk is directed to terminate Dkt. 20 as a motion. Motion for reconsideration [23] is denied. Plaintiffs' appeal was dismissed [19], and the motion gives no basis for Civil Rule 60(b) relief.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.